FILED
CLERK, U.S. DISTRICT COURT
9/15/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: vv DEPUTY

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
Acting Chief, Public Corruption & Civil Rights Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5423 / x0304
Facsimile: (213) 894-0141
E-mail: Kerry.L.Quinn@usdoj.gov
Juan.Rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAKIYA MALONE,<br><br>Defendant. | CR 2:26-cr-00595-SPG<br><br>~~[PROPOSED]~~ ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter, determines that disclosure would be in the public interest, or

//

the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

9/15/2026 /s/

DATE THE HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE THE HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE